**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| AVALON HOLDINGS INC., *et al*., <br><br> *Plaintiffs*, <br><br> -v.- <br><br> BP P.L.C.; *et al.*, <br><br> *Defendants*. | MDL No. 10-MD-2185 <br><br> Civil Action No. 4:12-cv-03715 |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Allianz Global Investors Europe GMBH, Cumbria County Council as Administering Authority of the Cumbria Local Government Pension Scheme, Teachers' Retirement System of the State of Illinois, Inter-Local Pension Fund of the Graphic Communications Conference of the International Brotherhood of Teamsters, Lincolnshire County Council, The Municipal Employees' Retirement System of Michigan, Northwestern Mutual Series Fund, Inc., Ontario Pension Board, Shell Pensions Trust Ltd., as Trustee for the Shell Contributory Pension Fund, Shell Trust (Bermuda) Ltd., as Trustee for the Shell International Pension Fund, Shell Trust (Bermuda) Ltd., as Trustee for the Shell Overseas Contributory Pension Fund, Stichting Shell Pensioenfonds, Caisse de dépôt et placement du Québec, John Hancock Variable Insurance Trust, John Hancock Funds II, John Hancock Funds III, John Hancock Tax Advantaged Global Shareholder Yield Fund, Northwestern Mutual Life Insurance Co., and Utah Retirement Systems (collectively, the Plaintiffs"), and Defendants BP, p.l.c., BP America, Inc., BP Exploration & Production, Inc., Anthony B. Hayward, Douglas J. Suttles, H. Lamar McKay, David Rainey, Byron E. Grote, Robert Dudley, Robert Malone, John Browne, Andrew G. Inglis, and Peter Sutherland

(collectively, the "Defendants," and together with Plaintiffs, the "Parties") by and through their counsel of record, hereby stipulate as follows:

WHEREAS, the Parties have reached an agreement to settle Plaintiffs' claims against Defendants in this action;

NOW, THEREFORE, it is hereby stipulated that Plaintiffs' claims against Defendants in this action are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41, and each party shall bear its own costs and attorneys' fees.

Dated:   January 6, 2021

LABATON SCHAROW LLP

By: */s/ Thomas A. Dubbs*
Thomas A. Dubbs (*pro hac vice*)
tdubbs@labaton.com
Eric J. Belfi (*pro hac vice*)
ebelfi@labaton.com
Mark S. Willis (*pro hac vice*)
mwillis@labaton.com
Thomas G. Hoffman, Jr. (*pro hac vice*)
thoffman@labaton.com
140 Broadway
New York, New York 10005
(212) 907-0700
(212) 818-0477 (fax)

*Attorneys for Plaintiffs Allianz Global Investors Europe GMBH, Cumbria County Council as Administering Authority of the Cumbria Local Government Pension Scheme, Teachers' Retirement System of the State of Illinois, Inter-Local Pension Fund of the Graphic Communications Conference of the International Brotherhood of Teamsters, Lincolnshire County Council, The Municipal Employees' Retirement System of Michigan, Northwestern Mutual Series Fund, Inc., Ontario Pension Board, Shell Pensions Trust Ltd., as Trustee for the Shell Contributory*

HUNTON ANDREWS KURTH LLP

By: */s/ Thomas W. Taylor*
Thomas W. Taylor
Texas State Bar No. 19723875
S.D. Tex. Bar No. 3906
600 Travis, Suite 4200
Houston, Texas 77002
(713) 220-4200
(713) 220-4285 (fax)
ttaylor@huntonak.com

*Attorney-in-Charge for Defendants (other than David Rainey)*

SULLIVAN & CROMWELL LLP
Richard C. Pepperman, II (*pro hac vice*)
Marc De Leeuw (*pro hac vice*)
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
peppermanr@sullcrom.com
deleeuwm@sullcrom.com

*Pension Fund, Shell Trust (Bermuda) Ltd., as Trustee for the Shell International Pension Fund, Shell Trust (Bermuda) Ltd., as Trustee for the Shell Overseas Contributory Pension Fund, Stichting Shell Pensioenfonds, Caisse de dépôt et placement du Québec, John Hancock Variable Insurance Trust, John Hancock Funds II, John Hancock Funds III, John Hancock Tax Advantaged Global Shareholder Yield Fund, Northwestern Mutual Life Insurance Co., and Utah Retirement Systems*

KENDALL LAW GROUP, PLLC
Joe Kendall
3811 Turtle Creek Blvd.
Suite 1450
Dallas, TX 75219
214-744-3000
Fax: 214-744-3015

*Local Counsel for Plaintiffs Allianz Global Investors Europe GMBH, Cumbria County Council as Administering Authority of the Cumbria Local Government Pension Scheme, Teachers' Retirement System of the State of Illinois, Inter-Local Pension Fund of the Graphic Communications Conference of the International Brotherhood of Teamsters, Lincolnshire County Council, The Municipal Employees' Retirement System of Michigan, Northwestern Mutual Series Fund, Inc., Ontario Pension Board, Shell Pensions Trust Ltd., as Trustee for the Shell Contributory Pension Fund, Shell Trust (Bermuda) Ltd., as Trustee for the Shell International Pension Fund, Shell Trust (Bermuda) Ltd., as Trustee for the Shell Overseas Contributory Pension Fund, Stichting Shell Pensioenfonds, Caisse de dépôt et placement du Québec, John Hancock Variable Insurance Trust, John Hancock Funds II, John Hancock Funds III, John Hancock Tax Advantaged Global Shareholder Yield Fund, Northwestern Mutual Life Insurance Co., and Utah Retirement Systems*

Amanda F. Davidoff (*pro hac vice*)
1700 New York Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 956-7500
davidoffa@sullcrom.com

*Attorneys for Defendants
(other than David Rainey)*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Theodore V. Wells, Jr. (*pro hac vice*)
Jaren Janghorbani (*pro hac vice*)
Alexia D. Korberg (*pro hac vice*)
1285 Avenue of the Americas
New York, NY  10019
(212) 373-3089
(212) 492-0089 (Fax)

*Attorney for Defendant Douglas J. Suttles*

COOLEY GODWARD KRONISH LLP
Kathleen Goodhart (*pro hac vice*)
101 California Street
5th Floor
San Francisco, CA  94111-5800
(415) 693 2000
(415) 693 2222 (Fax)

*Attorney for Defendant Andrew G. Inglis*

STEPTOE & JOHNSON LLP
Patrick F. Linehan (*pro hac vice*)
Reid H. Weingarten (*pro hac vice*)
Brian M. Heberlig (*pro hac vice*)
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000

*Attorneys for Defendant David Rainey*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| AVALON HOLDINGS INC., *et al*., <br><br> *Plaintiffs*, <br><br> -v.- <br><br> BP P.L.C.; *et al.*, <br><br> *Defendants*. | MDL No. 10-MD-2185 <br><br> Civil Action No. 4:12-cv-03715 |

<u>**ORDER OF DISMISSAL**</u>

BE IT REMEMBERED on this day there was presented to the Court the Stipulation of Voluntary Dismissal with Prejudice filed by Plaintiffs Allianz Global Investors Europe GMBH, Cumbria County Council as Administering Authority of the Cumbria Local Government Pension Scheme, Teachers' Retirement System of the State of Illinois, Inter-Local Pension Fund of the Graphic Communications Conference of the International Brotherhood of Teamsters, Lincolnshire County Council, The Municipal Employees' Retirement System of Michigan, Northwestern Mutual Series Fund, Inc., Ontario Pension Board, Shell Pensions Trust Ltd., as Trustee for the Shell Contributory Pension Fund, Shell Trust (Bermuda) Ltd., as Trustee for the Shell International Pension Fund, Shell Trust (Bermuda) Ltd., as Trustee for the Shell Overseas Contributory Pension Fund, Stichting Shell Pensioenfonds, Caisse de dépôt et placement du Québec, John Hancock Variable Insurance Trust, John Hancock Funds II, John Hancock Funds III, John Hancock Tax Advantaged Global Shareholder Yield Fund, Northwestern Mutual Life Insurance Co., and Utah Retirement Systems (collectively, the Plaintiffs"), and Defendants BP, p.l.c., BP America, Inc., BP Exploration & Production, Inc., Anthony B. Hayward, Douglas J. Suttles, H. Lamar McKay, David Rainey, Byron E. Grote, Robert Dudley, Robert Malone, John

Browne, Andrew G. Inglis, and Peter Sutherland (collectively, the "Defendants") in the above-referenced action, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Stipulation of Voluntary Dismissal with Prejudice is GRANTED in all respects and Plaintiffs' claims against Defendants in this action are hereby DISMISSED with prejudice.

IT IS FINALLY ORDERED that all costs are adjusted against the party incurring the same.

SIGNED this the ___ day of _____ in Houston, Texas.


_____
UNITED STATES DISTRICT JUDGE