United States District Court
Southern District of Texas
**ENTERED**
January 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AVALON HOLDINGS, INC., *et al*, | § | |
| | § | |
| Plaintiffs, | § | MDL NO. 10-MD-2185 |
| VS. | § | |
| | § | CIVIL ACTION NO. 4:12-CV-03715 |
| BP, PLC, *et al*, | § | |
| | § | |
| | § | |
| Defendants. | | |

## ORDER

The parties in this case have jointly filed a Stipulation of Dismissal with Prejudice. (Doc. 237 in Case No. 12-CV-3715; Doc. 1831 in Case No. 10-MD-2185.) In accordance with those agreements and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 7th day of January, 2021.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE