IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AVALON HOLDINGS, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>-v.-<br><br>BP PLC; *et al.*,<br><br>*Defendants*. | MDL No. 10-MD-2185<br><br>Civil Action No. 4:12-cv-03715 |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Avalon Shipholdings Inc., Premier Ltd, Metzler Investment GmbH, MEAG Munich Ergo Asset Management GmbH, MEAG Munich Ergo Kapitalanlagegesellschaft mbH, BayernInvest Kapitalanlagegesellschaft mbH, Hermes Investment Management Limited, Northern Ireland Local Government Officers' Superannuation Committee, and Generali Investments Deutschland Kapitalanlagegesellschaft mbH (collectively, the "Plaintiffs"), and Defendants BP, p.l.c., BP America, Inc., BP Exploration & Production, Inc., Anthony B. Hayward, Douglas Suttles, H. Lamar McKay, David Rainey, Robert Dudley, and Andrew G. Inglis (collectively, the "Defendants," and together with Plaintiffs, the "Parties") by and through their counsel of record, hereby stipulate as follows:

WHEREAS, the Parties have reached an agreement to settle Plaintiffs' claims against Defendants in this action;

NOW, THEREFORE, it is hereby stipulated, subject to the Court's approval, that Plaintiffs' claims against Defendants in this action are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41, and each party shall bear its own costs and attorneys' fees.

Dated:   January 15, 2021

| | |
|---|---|
| KENDALL LAW GROUP, PLLC | HUNTON ANDREWS KURTH LLP |
| By: /s/ *Joe Kendall* <br> Joe Kendall <br> 3811 Turtle Creek Blvd. <br> Suite 1450 <br> Dallas, TX 75219 <br> 214-744-3000 <br> Fax: 214-744-3015 | By: /s/ *Thomas W. Taylor* <br> Thomas W. Taylor <br> Texas State Bar No. 19723875 <br> S.D. Tex. Bar No. 3906 <br> 600 Travis, Suite 4200 <br> Houston, Texas 77002 <br> (713) 220-4200 <br> (713) 220-4285 (fax) <br> ttaylor@huntonak.com |
| SPECTOR ROSEMAN & KODROFF, P.C. <br> Robert M. Roseman <br> 2001 Market Street, Suite 3420 <br> Philadelphia, PA 19103 <br> Tel.: (215) 496.0300 <br> Fax: (215) 496.6611 | *Attorney-in-Charge for Defendants* <br> *(other than David Rainey)* <br><br> SULLIVAN & CROMWELL LLP <br> Richard C. Pepperman, II (*pro hac vice*) <br> Marc De Leeuw (*pro hac vice*) <br> 125 Broad Street <br> New York, New York 10004 <br> Telephone: (212) 558-4000 <br> peppermanr@sullcrom.com <br> deleeuwm@sullcrom.com |
| *Attorneys for Plaintiffs Avalon Shipholdings Inc., Premier Ltd, Metzler Investment GmbH, MEAG Munich Ergo Asset Management GmbH, MEAG Munich Ergo Kapitalanlagegesellschaft mbH, BayernInvest Kapitalanlagegesellschaft mbH, Hermes Investment Management Limited, Northern Ireland Local Government Officers' Superannuation Committee, and Generali Investments Deutschland Kapitalanlagegesellschaft mbH* | Amanda F. Davidoff (*pro hac vice*) <br> 1700 New York Avenue, N.W. <br> Washington, D.C.  20006 <br> Telephone:  (202) 956-7500 <br> davidoffa@sullcrom.com <br><br> *Attorneys for Defendants* <br> *(other than David Rainey)* |

- 3 -

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Theodore V. Wells, Jr. (*pro hac vice*)
Jaren Janghorbani (*pro hac vice*)
Alexia D. Korberg (*pro hac vice*)
1285 Avenue of the Americas
New York, NY  10019
(212) 373-3089
(212) 492-0089 (Fax)

*Attorney for Defendant Douglas J. Suttles*

COOLEY GODWARD KRONISH LLP
Kathleen Goodhart (*pro hac vice*)
101 California Street
5th Floor
San Francisco, CA  94111-5800
(415) 693 2000
(415) 693 2222 (Fax)

*Attorney for Defendant Andrew G. Inglis*

STEPTOE & JOHNSON LLP
Patrick F. Linehan (*pro hac vice*)
Reid H. Weingarten (*pro hac vice*)
Brian M. Heberlig (*pro hac vice*)
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000

*Attorneys for Defendant David Rainey*