IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AVALON HOLDINGS, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>-v.-<br><br>BP PLC; *et al.*,<br><br>*Defendants*. | MDL No. 10-MD-2185<br><br>Civil Action No. 4:12-cv-03715 |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Nomura Trust and Banking Co., Ltd., East Riding Pension Fund, Banco de Sabadell S.A., San Mateo County Employees' Retirement Association, and Xerox Pensions Limited (collectively, the "Plaintiffs"), and Defendants BP, p.l.c., BP America, Inc., BP Exploration & Production, Inc., Anthony B. Hayward, Douglas J. Suttles, H. Lamar McKay, Byron E. Grote, David Rainey, Robert Dudley, Robert Malone, John Browne, Andrew G. Inglis, and Peter Sutherland (collectively, the "Defendants," and together with Plaintiffs, the "Parties"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, the Parties have reached an agreement to settle Plaintiffs' claims against Defendants in this action;

NOW, THEREFORE, it is hereby stipulated, subject to the Court's approval, that Plaintiffs' claims against Defendants in this action are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41, and each party shall bear its own costs and attorneys' fees.

Dated: January 29, 2021

| | |
|---|---|
| KENDALL LAW GROUP, PLLC | HUNTON ANDREWS KURTH LLP |
| | |
| By: /s/ *Joe Kendall* | By: /s/ *Thomas W. Taylor* |
| Joe Kendall | Thomas W. Taylor |
| 3811 Turtle Creek Blvd. | Texas State Bar No. 19723875 |
| Suite 1450 | S.D. Tex. Bar No. 3906 |
| Dallas, TX 75219 | 600 Travis, Suite 4200 |
| 214-744-3000 | Houston, Texas 77002 |
| Fax: 214-744-3015 | (713) 220-4200 |
| | (713) 220-4285 (fax) |
| | ttaylor@huntonak.com |

SPECTOR ROSEMAN & KODROFF, P.C.
Robert M. Roseman
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel.: (215) 496.0300
Fax: (215) 496.6611

*Attorney-in-Charge for Defendants*
*(other than David Rainey)*

SULLIVAN & CROMWELL LLP
Richard C. Pepperman, II (*pro hac vice*)
Marc De Leeuw (*pro hac vice*)
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
peppermanr@sullcrom.com
deleeuwm@sullcrom.com

*Attorneys for Plaintiffs Nomura Trust and Banking Co., Ltd., East Riding Pension Fund, Banco de Sabadell S.A., San Mateo County Employees' Retirement Association, and Xerox Pensions Limited*

Amanda F. Davidoff (*pro hac vice*)
1700 New York Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 956-7500
davidoffa@sullcrom.com

*Attorneys for Defendants*
*(other than David Rainey)*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Theodore V. Wells, Jr. (*pro hac vice*)
Jaren Janghorbani (*pro hac vice*)
Alexia D. Korberg (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3089
(212) 492-0089 (Fax)

*Attorney for Defendant Douglas J. Suttles*

- 3 -

COOLEY GODWARD KRONISH LLP
Kathleen Goodhart (*pro hac vice*)
101 California Street
5th Floor
San Francisco, CA  94111-5800
(415) 693 2000
(415) 693 2222 (Fax)

*Attorney for Defendant Andrew G. Inglis*

STEPTOE & JOHNSON LLP
Patrick F. Linehan (*pro hac vice*)
Reid H. Weingarten (*pro hac vice*)
Brian M. Heberlig (*pro hac vice*)
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000

*Attorneys for Defendant David Rainey*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| AVALON HOLDINGS, INC., *et al.*,<br><br>                *Plaintiffs*,<br><br>-v.-<br><br>BP PLC; *et al.*,<br><br>                *Defendants*. | MDL No. 10-MD-2185<br><br>Civil Action No. 4:12-cv-03715 |

**ORDER OF DISMISSAL**

BE IT REMEMBERED on this day there was presented to the Court the Stipulation of Voluntary Dismissal with Prejudice filed by Plaintiffs Nomura Trust and Banking Co., Ltd., East Riding Pension Fund, Banco de Sabadell S.A., San Mateo County Employees' Retirement Association, and Xerox Pensions Limited (collectively, "Plaintiffs"), and Defendants BP, p.l.c., BP America, Inc., BP Exploration & Production, Inc., Anthony B. Hayward, Douglas J. Suttles, H. Lamar McKay, Byron E. Grote, David Rainey, Robert Dudley, Robert Malone, John Browne, Andrew G. Inglis, and Peter Sutherland (collectively, "Defendants") in the above-referenced action, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Stipulation of Voluntary Dismissal with Prejudice is GRANTED in all respects and Plaintiffs' claims against Defendants in this action are hereby DISMISSED with prejudice.

- 2 -

IT IS FINALLY ORDERED that all costs are adjusted against the party incurring the same.

SIGNED this the ___ day of _____ in Houston, Texas.

_____
UNITED STATES DISTRICT JUDGE