United States District Court
Southern District of Texas
**ENTERED**
February 09, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AVALON HOLDINGS, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>-v.-<br><br>BP PLC; *et al.*,<br><br>*Defendants*. | MDL No. 10-MD-2185<br><br>Civil Action No. 4:12-cv-03715 |

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Stipulation of Voluntary Dismissal with Prejudice filed by Plaintiffs Nomura Trust and Banking Co., Ltd., East Riding Pension Fund, Banco de Sabadell S.A., San Mateo County Employees' Retirement Association, and Xerox Pensions Limited (collectively, "Plaintiffs"), and Defendants BP, p.l.c., BP America, Inc., BP Exploration & Production, Inc., Anthony B. Hayward, Douglas J. Suttles, H. Lamar McKay, Byron E. Grote, David Rainey, Robert Dudley, Robert Malone, John Browne, Andrew G. Inglis, and Peter Sutherland (collectively, "Defendants") in the above-referenced action, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Stipulation of Voluntary Dismissal with Prejudice is GRANTED in all respects and Plaintiffs' claims against Defendants in this action are hereby DISMISSED with prejudice.

- 2 -

IT IS FINALLY ORDERED that all costs are adjusted against the party incurring the same.

SIGNED this the 9th day of February, 2021, in Houston, Texas.

_____
UNITED STATES DISTRICT JUDGE